**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE, | )<br>)<br>) |
| Plaintiff, | ) Civil Action No. 1:16-cv-11249-WGY<br>) |
| v. | )<br>) |
| MICRON TECHNOLOGY, INC., | ) **JURY TRIAL DEMANDED**<br>) |
| Defendant. | )<br>)<br>)<br>)<br>) |

**PRESIDENT AND FELLOWS OF HARVARD COLLEGE'S ANSWER TO COUNTERCLAIM OF MICRON TECHNOLOGY, INC.**

**COUNTERCLAIM**

Pursuant to Rule 7(a)(3) of the Federal Rules of Civil Procedure, Counterclaim-Defendant, President and Fellows of Harvard College ("Harvard"), responds to Counterclaim-Plaintiff Micron Technology, Inc.'s ("Micron") Counterclaim and allegations as follows. Unless specifically admitted herein, Harvard denies each and every allegation, matter, and thing contained in the Counterclaim and each and every part and portion thereof.

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Harvard admits that Micron purports to contend that the asserted claims of the '539 and '016 Patents are invalid and/or unenforceable.

-1-

7. Harvard admits a true, actual, and justiciable controversy has arisen and now exists between Micron and Harvard regarding the invalidity and unenforceability of U.S. Patent Nos. 6,969,539 ("the '539 patent"), and 8,334,016 ("the '016 patent") (collectively, "the Asserted Patents"). Except as expressly admitted the allegations of paragraph 7 of the Counterclaim are denied.

## COUNT I
### (Declaration of Invalidity of U.S. Patent Nos. 6,969,539 and 8,334,016)

8. Harvard restates and incorporates by reference each of the allegations of paragraphs 1 through 7 of this Answer, as though fully set forth herein.

9. Harvard admits that Count I of the Counterclaim seeks a declaration that the '539 and '016 Patents are invalid, but denies that the '539 and '016 Patents are invalid.

## PRAYER FOR RELIEF

WHEREFORE, Counterclaim-Defendant Harvard prays for judgment against Micron's Counterclaim as follows:

A. That Micron takes nothing by its Counterclaim;

B. That the claims of the '539 and '016 patents are valid, and enforceable;

C. That the Counterclaim and each purported cause of action contained therein be dismissed with prejudice;

D. That Harvard be awarded its costs of suit, including attorney's fees, incurred herein; and

E. For such other and further relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Counterclaim-Defendant hereby demands a trial by jury of all matters to which it is entitled pursuant to Federal Rules of Civil Procedure 38.

-3-

Dated:  March 31, 2017                    Respectfully submitted,

/s/ William Belanger
William Belanger
Massachusetts Bar No. 657184
Alison McCarthy
Gregory D. Len
Griffin Mesmer
Pepper Hamilton LLP
19th Floor, High Street Tower
125 High Street
Boston, MA  02110-2736
Telephone: 617.204.5100
Facsimile: 617.204.5150
Email: belangew@pepperlaw.com

*Counsel for President and Fellows of Harvard College*

-4-

## **CERTIFICATE OF SERVICE**

I certify that on the 31st day of March, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a Notice of Electronic Filing (NEF) to the following:

J. Jason Lang (admitted *pro hac vice*)
Jared Bobrow (admitted *pro hac vice*)
Michele Gauger  (admitted *pro hac vice*)
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Ph: 650-802-3000
E-mail: jason.lang@weil.com
E-mail: jared.bobrow@weil.com
E-mail: michele.gauger@weil.com

Megan H. Wantland (admitted *pro hac vice*)
Weil, Gotshal & Manges LLP
1300 Eye Street NW, Suite 900
Washington, DC 20005
Ph: 202-682-7000
E-mail: megan.wantland@weil.com

Patrick J. O'Toole, Jr.
Weil, Gotshal & Manges LLP
100 Federal Street, Floor 34
Boston, MA 02110
Ph: 617-772-8365
E-mail: patrick.otoole@weil.com

*/s/ William Belanger*
William Belanger