# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:16−cv−11249−WGY

| | |
|---|---|
| President and Fellows of Harvard College v. Micron Technology, Inc. | Date Filed: 06/24/2016 |
| Assigned to: Judge William G. Young | Jury Demand: Both |
| related Case: 1:16−cv−11252−WGY | Nature of Suit: 830 Patent |
| Cause: 35:271 Patent Infringement | Jurisdiction: Federal Question |

**Plaintiff**

**President and Fellows of Harvard College**     represented by     **Tuhin Ganguly**
Pepper Hamilton LLP
Hamilton Square
600 Fourteenth Street, N.W.
Washington, DC 20005−2004
202−220−1200
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William D. Belanger**
Pepper Hamilton LLP
19th Floor
High Street Tower
125 High Street
Boston, MA 02110
617−204−5100
Fax: 617−204−5150
Email: belangerw@pepperlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alison L. McCarthy**
Pepper Hamilton LLP
125 High Street
19th Floor, High Street Tower
Boston, MA 02110
617−204−5109
Email: mccarthya@pepperlaw.com
*ATTORNEY TO BE NOTICED*

**Gregory D. Len**
Pepper Hamilton LLP
125 High Street
19th Floor, High Street Tower
Boston, MA 02110
617−204−5156
Email: leng@pepperlaw.com
*ATTORNEY TO BE NOTICED*

**Griffin N. Mesmer**
Pepper Hamilton LLP

125 High Street
19th Floor, High Street Tower
Boston, MA 02110
617−204−5100
Email: mesmerg@pepperlaw.com
*ATTORNEY TO BE NOTICED*

**Maia H. Harris**
Pepper Hamilton LLP
19th Floor – High Street Tower
125 High Street
Boston, MA 02110
617−204−5108
Fax: 866−401−2912
Email: harrismh@pepperlaw.com
*ATTORNEY TO BE NOTICED*

**Ryan C. Deck**
Pepper Hamilton LLP
125 High Street
19th Floor, High Street Tower
Boston, MA 02110
617−204−5100
Email: deckr@pepperlaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

Micron Technology, Inc.      represented by    **Aaron Y. Huang**
Weil Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
650−802−3000
Email: aaron.huang@weil.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**J. Jason Lang**
Weil Gotshal & Manges LLP
201 Redwood Shores
Redwood Shores, CA 94065
650−802−3000
Email: jason.lang@weil.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jared Bobrow**
Weil, Gotshal & Manges
201 Redwood Shores Parkway
Redwood Shores, CA 94065

Case 1:17-cv-01729-UNA   Document 167   Filed 12/01/17   Page 3 of 19 PageID #: 3616

(650) 802−3034
Email: jared.bobrow@weil.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Megan H. Wantland**
Weil, Gotshal & Manges LLP
2001 M Street NW
Suite 600
Washington, DC 20036
202−682−7000
Email: megan.wantland@weil.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michele Gauger**
Weil Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
650−802−3000
Email: michele.gauger@weil.com
*TERMINATED: 10/06/2017*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert S. Magee**
Weil Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
650−802−3000
Email: robert.magee@weil.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James B. Peloquin**
Conn, Kavanaugh, Rosenthal, Peisch & Ford, LLP
Ten Post Office Square
Boston, MA 02109
617−348−8205
Fax: 617−482−6444
Email: jpeloquin@connkavanaugh.com
*ATTORNEY TO BE NOTICED*

**Patrick J. O'Toole , Jr.**
Weil, Gotshal & Manges
100 Federal Street
Boston, MA 02110
617−772−8365
Fax: 617−772−8333
Email: patrick.otoole@weil.com

*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Micron Technology, Inc.**　　　represented by　**Aaron Y. Huang**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**J. Jason Lang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jared Bobrow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Megan H. Wantland**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michele Gauger**
(See above for address)
*TERMINATED: 10/06/2017*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert S. Magee**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Patrick J. O'Toole , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**President and Fellows of Harvard College**　　　represented by　**Tuhin Ganguly**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William D. Belanger**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Alison L. McCarthy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gregory D. Len**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Griffin N. Mesmer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Maia H. Harris**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ryan C. Deck**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Micron Technology, Inc.**　　represented by　**Aaron Y. Huang**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**J. Jason Lang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jared Bobrow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Megan H. Wantland**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michele Gauger**
(See above for address)
*TERMINATED: 10/06/2017*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert S. Magee**
(See above for address)
*LEAD ATTORNEY*

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Patrick J. O'Toole , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

| | | |
|---|---|---|
| **President and Fellows of Harvard College** | represented by | **Tuhin Ganguly** (See above for address) *LEAD ATTORNEY* *PRO HAC VICE* *ATTORNEY TO BE NOTICED* |
| | | **William D. Belanger** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Alison L. McCarthy** (See above for address) *ATTORNEY TO BE NOTICED* |
| | | **Gregory D. Len** (See above for address) *ATTORNEY TO BE NOTICED* |
| | | **Griffin N. Mesmer** (See above for address) *ATTORNEY TO BE NOTICED* |
| | | **Maia H. Harris** (See above for address) *ATTORNEY TO BE NOTICED* |
| | | **Ryan C. Deck** (See above for address) *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 06/24/2016 | Ï 1 | COMPLAINT against Micron Technology, Inc. Filing fee: $ 400, receipt number 0101−6173500 (Fee Status: Filing Fee paid), filed by President and Fellows of Harvard College. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Civil Cover Sheet, # 4 Category Form)(Belanger, William) (Attachment 4 replaced on 6/24/2016) (Paine, Matthew). (Entered: 06/24/2016) |
| 06/24/2016 | Ï 2 | CORPORATE DISCLOSURE STATEMENT by President and Fellows of Harvard College. (Belanger, William) (Entered: 06/24/2016) |
| 06/24/2016 | Ï 3 | REPORT ON THE FILING OF AN ACTION REGARDING PATENT OR TRADEMARK. (Paine, Matthew) (Entered: 06/24/2016) |

| | | |
|---|---|---|
| 06/24/2016 | Ï 4 | ELECTRONIC NOTICE of Case Assignment. Judge William G. Young assigned to case. If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Donald L. Cabell. (Abaid, Kimberly) (Entered: 06/24/2016) |
| 06/24/2016 | 5 | Summons Issued as to Micron Technology, Inc.. **Counsel receiving this notice electronically should download this summons, complete one for each defendant and serve it in accordance with Fed.R.Civ.P. 4 and LR 4.1. Summons will be mailed to plaintiff(s) not receiving notice electronically for completion of service.** (Paine, Matthew) (Entered: 06/24/2016) |
| 06/24/2016 | Ï 6 | NOTICE of Appearance by Griffin N. Mesmer on behalf of President and Fellows of Harvard College (Mesmer, Griffin) (Entered: 06/24/2016) |
| 06/24/2016 | Ï 7 | Summons Issued as to Micron Technology, Inc.. **Counsel receiving this notice electronically should download this summons, complete one for each defendant and serve it in accordance with Fed.R.Civ.P. 4 and LR 4.1. Summons will be mailed to plaintiff(s) not receiving notice electronically for completion of service.** (Paine, Matthew) (Entered: 06/24/2016) |
| 06/24/2016 | Ï 8 | NOTICE of Appearance by Maia H. Harris on behalf of President and Fellows of Harvard College (Harris, Maia) (Entered: 06/24/2016) |
| 06/27/2016 | Ï 9 | NOTICE of Appearance by Alison L. McCarthy on behalf of President and Fellows of Harvard College (McCarthy, Alison) (Entered: 06/27/2016) |
| 06/27/2016 | Ï 10 | NOTICE of Appearance by Gregory D. Len on behalf of President and Fellows of Harvard College (Len, Gregory) (Entered: 06/27/2016) |
| 06/27/2016 | Ï 11 | SUMMONS Returned Executed Micron Technology, Inc. served on 6/24/2016, answer due 7/15/2016. (Belanger, William) (Entered: 06/27/2016) |
| 06/29/2016 | Ï | ELECTRONIC NOTICE of Duplicate Filing Fee and Credit for Refund re 1 Complaint,, for $400.00 paid on 06/24/16, receipt number 0101−6173472. (Adam, Lucien) (Entered: 06/29/2016) |
| 07/12/2016 | Ï 12 | CORPORATE DISCLOSURE STATEMENT by Micron Technology, Inc.. (O'Toole, Patrick) (Entered: 07/12/2016) |
| 07/12/2016 | Ï 13 | Assented to MOTION for Extension of Time to 08/15/2016 to File Answer by Micron Technology, Inc..(O'Toole, Patrick) (Entered: 07/12/2016) |
| 07/13/2016 | Ï 14 | Judge William G. Young: ELECTRONIC ORDER entered granting 13 Motion for Extension of Time to Answer/Respond Micron Technology, Inc.. Answer and/or Response due 8/15/2016. (Paine, Matthew) (Entered: 07/13/2016) |
| 07/14/2016 | Ï 15 | Assented to MOTION for Leave to Appear Pro Hac Vice for admission of Jared Bobrow Filing fee: $ 100, receipt number 0101−6203651 by Micron Technology, Inc.. (Attachments: # 1 Exhibit A)(O'Toole, Patrick) (Entered: 07/14/2016) |
| 07/14/2016 | Ï 16 | Assented to MOTION for Leave to Appear Pro Hac Vice for admission of J. Jason Lang Filing fee: $ 100, receipt number 0101−6203653 by Micron Technology, Inc.. (Attachments: # 1 Exhibit A)(O'Toole, Patrick) (Entered: 07/14/2016) |
| 07/14/2016 | Ï 17 | Assented to MOTION for Leave to Appear Pro Hac Vice for admission of Michele Gauger Filing fee: $ 100, receipt number 0101−6203654 by Micron Technology, Inc.. (Attachments: # 1 Exhibit A)(O'Toole, Patrick) (Entered: 07/14/2016) |
| 07/15/2016 | Ï 18 | Judge William G. Young: ELECTRONIC ORDER entered granting 15 Motion for Leave to Appear Pro Hac; granting 16 Motion for Leave to Appear Pro Hac Vice; granting 17 Motion for Leave to Appear Pro Hac Vice Added Jared Bobrow,J. Jason Lang, and Michele Gauger. |

| | | **Attorneys admitted Pro Hac Vice must register for electronic filing if the attorney does not already have an ECF account in this district. To register go to the Court website at www.mad.uscourts.gov. Select Case Information, then Electronic Filing (CM/ECF) and go to the CM/ECF Registration Form.** (Paine, Matthew) (Entered: 07/15/2016) |
|---|---|---|
| 08/15/2016 | Ï 19 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Micron Technology, Inc..(O'Toole, Patrick) (Entered: 08/15/2016) |
| 08/15/2016 | Ï 20 | MEMORANDUM in Support re 19 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by Micron Technology, Inc.. (O'Toole, Patrick) (Entered: 08/15/2016) |
| 08/15/2016 | Ï 21 | DECLARATION re 19 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Micron Technology, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7)(O'Toole, Patrick) (Entered: 08/15/2016) |
| 08/16/2016 | Ï 22 | ELECTRONIC NOTICE Setting Hearing on Motion 19 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM : Motion Hearing set for 10/13/2016 02:00 PM in Courtroom 18 before Judge William G. Young. (Gaudet, Jennifer) (Entered: 08/16/2016) |
| 08/29/2016 | Ï 23 | Opposition re 19 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by President and Fellows of Harvard College. (Belanger, William) (Main Document 23 replaced on 8/30/2016) (Gaudet, Jennifer). (Entered: 08/29/2016) |
| 09/06/2016 | Ï 24 | MOTION for Leave to File *A Reply In Support Of Its Motion To Dismiss* by Micron Technology, Inc.. (Attachments: # 1 Exhibit A)(O'Toole, Patrick) (Entered: 09/06/2016) |
| 09/07/2016 | Ï 25 | Judge William G. Young: ELECTRONIC ORDER entered granting 24 MOTION for Leave to File A Reply ; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include – Leave to file granted on (date of order)– in the caption of the document. (Paine, Matthew) (Entered: 09/07/2016) |
| 09/07/2016 | Ï 26 | REPLY to Response to 19 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by Micron Technology, Inc.. (O'Toole, Patrick) (Entered: 09/07/2016) |
| 09/13/2016 | Ï 27 | Assented to MOTION for Leave to Appear Pro Hac Vice for admission of Megan H. Wantland Filing fee: $ 100, receipt number 0101–6287836 by Micron Technology, Inc.. (Attachments: # 1 Exhibit A)(O'Toole, Patrick) (Entered: 09/13/2016) |
| 09/13/2016 | Ï 28 | Assented to MOTION for Leave to File *Sur–Reply in Support of Plaintiff's Opposition to Defendant Micron Technology, Inc.'s Motion to Dismiss the Complaint* by President and Fellows of Harvard College. (Attachments: # 1 Exhibit A – Proposed Sur–Reply, # 2 Declaration of Gregory Len in Support of Plaintiff's Sur–Reply, # 3 Exhibit 1 to Sur–Reply, # 4 Exhibit 2 to Sur–Reply)(Belanger, William) (Entered: 09/13/2016) |
| 09/14/2016 | Ï 29 | Judge William G. Young: ELECTRONIC ORDER entered granting 28 Assented to MOTION for Leave to File Sur–Reply ; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include – Leave to file granted on (date of order)– in the caption of the document. (Paine, Matthew) (Entered: 09/14/2016) |
| 09/14/2016 | Ï 30 | SUR–REPLY to Motion re 19 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by President and Fellows of Harvard College. (Attachments: # 1 Declaration of Gregory Len in Support of Plaintiff's Sur–Reply, # 2 Exhibit 1, # 3 Exhibit 2)(Belanger, William) (Entered: 09/14/2016) |
| 10/13/2016 | Ï 33 | Electronic Clerk's Notes for proceedings held before Judge William G. Young: Motion Hearing held on 10/13/2016 re 19 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by |

| | | |
|---|---|---|
| | | Micron Technology, Inc. After hearing from counsel, the Court enters an Order granting 19 Motion to Dismiss for Failure to State a Claim with leave for the plaintiff to file within 30 days a motion for leave to file an amended complaint. (Court Reporter: Richard Romanow at bulldog@richromanow.com.)(Attorneys present: Belanger, Harris for the plaintiff and) (Gaudet, Jennifer) (Entered: 10/17/2016) |
| 10/14/2016 | Ï 31 | Transcript of Motion to Dismiss held on October 13, 2016, before Judge William G. Young. The Transcript may be purchased through the Court Reporter, viewed at the public terminal, or viewed through PACER after it is released. Court Reporter Name and Contact Information: Richard Romanow at bulldog@richromanow.com Redaction Request due 11/4/2016. Redacted Transcript Deadline set for 11/14/2016. Release of Transcript Restriction set for 1/12/2017. (Scalfani, Deborah) (Entered: 10/14/2016) |
| 10/14/2016 | Ï 32 | NOTICE is hereby given that an official transcript of a proceeding has been filed by the court reporter in the above−captioned matter. Counsel are referred to the Court's Transcript Redaction Policy, available on the court website at http://www.mad.uscourts.gov/attorneys/general−info.htm (Scalfani, Deborah) (Entered: 10/14/2016) |
| 11/14/2016 | Ï 34 | Judge William G. Young: ELECTRONIC ORDER entered granting 27 Motion for Leave to Appear Pro Hac Vice Added Megan H. Wantland. **Attorneys admitted Pro Hac Vice must register for electronic filing if the attorney does not already have an ECF account in this district. To register go to the Court website at www.mad.uscourts.gov. Select Case Information, then Electronic Filing (CM/ECF) and go to the CM/ECF Registration Form.** (Paine, Matthew) (Entered: 11/14/2016) |
| 11/14/2016 | Ï 35 | MOTION for Leave to File *its Amended Complaint* by President and Fellows of Harvard College. (Attachments: # 2 Exhibit 1 − Proposed Amended Complaint)(Belanger, William) (Modified on 11/15/2016 to Correct Docket Text and Re−File Memorandum of Law in Support.) (Paine, Matthew). (Entered: 11/14/2016) |
| 11/15/2016 | Ï 36 | MEMORANDUM in Support re 35 MOTION for Leave to File *its Amended Complaint* filed by President and Fellows of Harvard College. (Paine, Matthew) (Entered: 11/15/2016) |
| 11/21/2016 | Ï 37 | MOTION for Extension of Time to 12/12/2016 to Respond to Motion for Leave to Amend Complaint by Micron Technology, Inc..(O'Toole, Patrick) (Modified on 11/22/2016 to Correct CM/ECF Filing Event) (Paine, Matthew). (Entered: 11/21/2016) |
| 11/22/2016 | Ï 38 | Judge William G. Young: ELECTRONIC ORDER entered granting 37 Motion for Extension of Time to File Response re 35 MOTION for Leave to File *Amended Complaint* Response due by 12/12/2016 (Paine, Matthew) (Entered: 11/22/2016) |
| 12/12/2016 | Ï 39 | Opposition re 35 MOTION for Leave to File *its Amended Complaint* filed by Micron Technology, Inc.. (Attachments: # 1 Affidavit of Michele A. Gauger, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C)(O'Toole, Patrick) (Entered: 12/12/2016) |
| 12/12/2016 | Ï 40 | MOTION to Seal Document *[Motion To Seal Exhibit A To The Declaration of Michele A. Gauger In Support Of Micron's Opposition to Plaintiff's Motion For Leave To Amend Complaint]* by Micron Technology, Inc.. (Attachments: # 1 Affidavit of Michele A. Gauger)(O'Toole, Patrick) (Entered: 12/12/2016) |
| 12/20/2016 | Ï 41 | Judge William G. Young: ELECTRONIC ORDER entere: denied, no adequate justification being advanced for sealing the document re 40 Motion to Seal Document (Paine, Matthew) (Entered: 12/20/2016) |
| 12/22/2016 | Ï 42 | Assented to MOTION for Leave to File *a Reply in Support of Plaintiff's Motion for Leave to File its Amended Complaint* by President and Fellows of Harvard College. (Attachments: # 1 Exhibit A − Plaintiff's Proposed Reply)(Belanger, William) (Entered: 12/22/2016) |

| | | |
|---|---|---|
| 12/22/2016 | Ï 43 | EXHIBIT re 39 Opposition to Motion, *[Exhibit A To The Declaration of Michele A. Gauger In Support Of Micron's Opposition to Plaintiff's Motion For Leave To Amend Complaint]* by Micron Technology, Inc.. (O'Toole, Patrick) (Entered: 12/22/2016) |
| 12/23/2016 | Ï 44 | Judge William G. Young: ELECTRONIC ORDER entered granting 42 Assented to MOTION for Leave to File a Reply in Support of Plaintiff's Motion for Leave to File its Amended Complaint; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include – Leave to file granted on (date of order)– in the caption of the document. (Paine, Matthew) (Entered: 12/23/2016) |
| 12/23/2016 | Ï 45 | REPLY to Response to 35 MOTION for Leave to File *its Amended Complaint* filed by President and Fellows of Harvard College. (Belanger, William) (Entered: 12/23/2016) |
| 12/27/2016 | Ï 46 | MOTION for Leave to File *[Defendant's Unopposed Motion For Leave To File Sur−Reply In Opposition To Harvard's Motion For Leave To File Amended Complaint]* by Micron Technology, Inc.. (Attachments: # 1 Exhibit A)(Bobrow, Jared) (Entered: 12/27/2016) |
| 12/28/2016 | Ï 47 | Judge William G. Young: ELECTRONIC ORDER entered granting 46 Motion for Leave to File Sur−Reply ; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include – Leave to file granted on (date of order)– in the caption of the document. (Paine, Matthew) (Entered: 12/28/2016) |
| 12/28/2016 | Ï 48 | SUR−REPLY to Motion re 35 MOTION for Leave to File *its Amended Complaint* filed by Micron Technology, Inc.. (Bobrow, Jared) (Entered: 12/28/2016) |
| 01/30/2017 | Ï 49 | Judge William G. Young: ORDER entered. MEMORANDUM AND ORDER"Because Harvard's amended complaint states plausible grounds for relief, this Court GRANTS Harvard leave to file its amended complaint, ECF No. 35 . SO ORDERED."(Sonnenberg, Elizabeth) (Entered: 01/30/2017) |
| 01/30/2017 | Ï 50 | AMENDED COMPLAINT against Micron Technology, Inc., filed by President and Fellows of Harvard College. (Attachments: # 1 Exhibit A – U.S. Patent No. 6,969,539, # 2 Exhibit B – U.S. Patent No. 8,334,016)(Belanger, William) (Entered: 01/30/2017) |
| 01/31/2017 | Ï 51 | NOTICE by Micron Technology, Inc. *[Notice of Request for Inter Partes Review of Patents−In−Suit]* (Bobrow, Jared) (Entered: 01/31/2017) |
| 02/03/2017 | Ï 52 | Assented to MOTION for Extension of Time to February 27, 2017 to File Answer *to Harvard's Amended Complaint* by Micron Technology, Inc..(Bobrow, Jared) (Entered: 02/03/2017) |
| 02/06/2017 | Ï 53 | Judge William G. Young: ELECTRONIC ORDER entered granting 52 Motion for Extension of Time to Answer or Otherwise Respond. Micron Technology, Inc. answer/response due 2/27/2017. (Paine, Matthew) (Entered: 02/06/2017) |
| 02/10/2017 | Ï 54 | MOTION to Stay *Pending Inter Partes Review* by Micron Technology, Inc..(Bobrow, Jared) (Entered: 02/10/2017) |
| 02/10/2017 | Ï 55 | MEMORANDUM in Support re 54 MOTION to Stay *Pending Inter Partes Review* filed by Micron Technology, Inc.. (Bobrow, Jared) (Entered: 02/10/2017) |
| 02/10/2017 | Ï 56 | DECLARATION re 55 Memorandum in Support of Motion *To Stay Pending Inter Partes Review* by Micron Technology, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Bobrow, Jared) (Entered: 02/10/2017) |
| 02/24/2017 | Ï 57 | Opposition re 54 MOTION to Stay *Pending Inter Partes Review* filed by President and Fellows of Harvard College. (Belanger, William) (Entered: 02/24/2017) |

| 02/27/2017 | Ï 58 | ANSWER to 50 Amended Complaint , COUNTERCLAIM against President and Fellows of Harvard College by Micron Technology, Inc..(Bobrow, Jared) (Entered: 02/27/2017) |
|---|---|---|
| 03/02/2017 | Ï 59 | ELECTRONIC NOTICE Setting Hearing on Motion 54 MOTION to Stay *Pending Inter Partes Review* : Motion Hearing set for 3/6/2017 02:00 PM in Courtroom 18 before Judge William G. Young. (Gaudet, Jennifer) (Entered: 03/02/2017) |
| 03/02/2017 | Ï 60 | ELECTRONIC NOTICE Resetting Hearing on Motion 54 MOTION to Stay *Pending Inter Partes Review* : Motion Hearing set for 3/14/2017 02:00 PM in Courtroom 18 before Judge William G. Young. (Gaudet, Jennifer) (Entered: 03/02/2017) |
| 03/02/2017 | Ï 61 | MOTION for Leave to File *Reply In Support Of Motion To Stay* by Micron Technology, Inc.. (Attachments: # 1 Exhibit A)(Bobrow, Jared) (Entered: 03/02/2017) |
| 03/03/2017 | Ï 62 | Judge William G. Young: ELECTRONIC ORDER entered granting 61 MOTION for Leave to File Reply In Support Of Motion To Stay ; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include – Leave to file granted on (date of order)– in the caption of the document. (Paine, Matthew) (Entered: 03/03/2017) |
| 03/03/2017 | Ï 63 | REPLY to Response to 54 MOTION to Stay *Pending Inter Partes Review* filed by Micron Technology, Inc.. (Bobrow, Jared) (Entered: 03/03/2017) |
| 03/03/2017 | Ï 64 | DECLARATION re 63 Reply to Response to Motion *to Stay Pending Inter Partes Review* by Micron Technology, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Bobrow, Jared) (Entered: 03/03/2017) |
| 03/10/2017 | Ï 65 | MOTION for Leave to File *Sur−Reply to Micron Technology, Inc.'s Reply in Support of its Motion to Stay* by President and Fellows of Harvard College. (Attachments: # 1 Exhibit A – Plaintiff's Proposed Sur−Reply)(Belanger, William) (Entered: 03/10/2017) |
| 03/13/2017 | Ï 66 | Judge William G. Young: ELECTRONIC ORDER entered granting 65 Motion for Leave to File Document ; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include – Leave to file granted on (date of order)– in the caption of the document. (Gaudet, Jennifer) (Entered: 03/13/2017) |
| 03/13/2017 | Ï 67 | ELECTRONIC NOTICE Resetting Hearing on Motion 54 MOTION to Stay *Pending Inter Partes Review* : Motion Hearing reset for 3/30/2017 02:30 PM in Courtroom 18 before Judge William G. Young. (Gaudet, Jennifer) (Entered: 03/13/2017) |
| 03/13/2017 | Ï 68 | SUR−REPLY to Motion re 54 MOTION to Stay *Pending Inter Partes Review* filed by President and Fellows of Harvard College. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Belanger, William) (Entered: 03/13/2017) |
| 03/20/2017 | Ï 69 | AMENDED ANSWER to 50 Amended Complaint , Amended COUNTERCLAIM against President and Fellows of Harvard College by Micron Technology, Inc.. (Bobrow, Jared) (Entered: 03/20/2017) |
| 03/30/2017 | Ï 71 | Electronic Clerk's Notes for proceedings held before Judge William G. Young: Motion Hearing held on 3/30/2017 re 54 MOTION to Stay *Pending Inter Partes Review* filed by Micron Technology, Inc. Counsel notify the Court that 54 MOTION to stay is withdrawn. The Court holds a scheduling conference and places the case on the running trial list for April 2018. A final pretrial conference will be held in March 2018. Counsel are instructed to file a joint proposed case management schedule within two weeks. (Court Reporter: Kelly Mortellite at mortellite@gmail.com.)(Attorneys present: Belanger for the plaintiff, Bobrow and O'Toole for the defendant) (Gaudet, Jennifer) (Entered: 04/07/2017) |

| | | |
|---|---|---|
| 03/31/2017 | Ï 70 | ANSWER to Counterclaim by President and Fellows of Harvard College.(Belanger, William) (Entered: 03/31/2017) |
| 04/07/2017 | Ï 72 | Set/Reset Hearings: Ready for Trial on 4/2/2018 09:00 AM in Courtroom 18 before Judge William G. Young. (Gaudet, Jennifer) (Entered: 04/07/2017) |
| 04/13/2017 | Ï 73 | JOINT STATEMENT re scheduling conference . (Attachments: # 1 Exhibit A – Discovery Plan and Proposed Schedule)(Belanger, William) (Entered: 04/13/2017) |
| 04/13/2017 | Ï 74 | CERTIFICATION pursuant to Local Rule 16.1 . (Bobrow, Jared) (Entered: 04/13/2017) |
| 04/14/2017 | Ï 75 | Judge William G. Young: ORDER entered. re 73 JOINT STATEMENT is so ordered as modified as the case management scheduling order. DISCOVERY DUE December 15, 2017 and DISPOSITIVE MOTIONS DUE January 2, 2018. (Attachments: # 1 Exhibit A)(Paine, Matthew) (Entered: 04/14/2017) |
| 04/21/2017 | Ï 76 | CERTIFICATION pursuant to Local Rule 16.1 . (Belanger, William) (Entered: 04/21/2017) |
| 05/18/2017 | Ï 77 | Assented to MOTION for Extension of Time to 5/26/2017 to File Proposed Protective Order by President and Fellows of Harvard College.(Belanger, William) (Entered: 05/18/2017) |
| 05/19/2017 | Ï 78 | Judge William G. Young: ELECTRONIC ORDER entered granting 77 Assented to MOTION for Extension of Time to 5/26/2017 to File Proposed Protective Order. (Paine, Matthew) (Entered: 05/19/2017) |
| 05/26/2017 | Ï 79 | Joint MOTION for Protective Order by President and Fellows of Harvard College. (Attachments: # 1 Exhibit 1 – Protective Order)(Belanger, William) (Entered: 05/26/2017) |
| 05/31/2017 | Ï 80 | NOTICE by Micron Technology, Inc. *Supplemental Notice of Request for Inter Partes Review of Patents−In−Suit* (Bobrow, Jared) (Entered: 05/31/2017) |
| 06/01/2017 | Ï 81 | Judge William G. Young: ELECTRONIC ORDER entered: Motion allowed as modifed re 79 Joint MOTION for Protective Order. (Paine, Matthew) (Entered: 06/01/2017) |
| 06/01/2017 | Ï 82 | Judge William G. Young: ORDER entered. PROTECTIVE ORDER as modified (Attachments: # 1 Exhibit A)(Paine, Matthew) (Entered: 06/01/2017) |
| 06/02/2017 | Ï 83 | MOTION to Dismiss *For Improper Venue* by Micron Technology, Inc..(Bobrow, Jared) (Entered: 06/02/2017) |
| 06/02/2017 | Ï 84 | MEMORANDUM in Support re 83 MOTION to Dismiss *For Improper Venue* filed by Micron Technology, Inc.. (Attachments: # 1 Declaration of Jared Bobrow, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3)(Bobrow, Jared) (Entered: 06/02/2017) |
| 06/07/2017 | Ï 85 | ELECTRONIC NOTICE Setting Hearing on Motion 83 MOTION to Dismiss *For Improper Venue* : Motion Hearing set for 7/24/2017 02:00 PM in Courtroom 18 before Judge William G. Young. (Gaudet, Jennifer) (Entered: 06/07/2017) |
| 06/16/2017 | Ï 86 | Opposition re 83 MOTION to Dismiss *For Improper Venue* filed by President and Fellows of Harvard College. (Attachments: # 1 Declaration of William Belanger, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15)(Belanger, William) (Entered: 06/16/2017) |
| 06/26/2017 | Ï 87 | MOTION for Leave to File *Reply In Support of Motion to Dismiss for Improper Venue* by Micron Technology, Inc.. (Attachments: # 1 Exhibit 1, # 2 Declaration of Michele Gauger, # 3 Exhibit A, # 4 Exhibit B)(Bobrow, Jared) (Entered: 06/26/2017) |
| 06/27/2017 | Ï 88 | |

| | | |
|---|---|---|
| | | Judge William G. Young: ELECTRONIC ORDER entered granting 87 MOTION for Leave to File Reply ; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include – Leave to file granted on (date of order)– in the caption of the document. (Paine, Matthew) (Entered: 06/27/2017) |
| 06/27/2017 | Ï 89 | REPLY to Response to 83 MOTION to Dismiss *For Improper Venue* filed by Micron Technology, Inc.. (Attachments: # 1 Declaration of Michele Gauger, # 2 Exhibit A, # 3 Exhibit B)(Bobrow, Jared) (Entered: 06/27/2017) |
| 07/05/2017 | Ï 90 | Notice of Supplemental Authorities re 83 MOTION to Dismiss *For Improper Venue* (Attachments: # 1 Exhibit A)(Bobrow, Jared) (Entered: 07/05/2017) |
| 07/14/2017 | Ï 91 | MOTION for Leave to File *Sur−Reply in Opposition to Defendant Micron Technology, Inc.'s Rule 12(b)(3) motion to Dismiss for Improper Venue* by President and Fellows of Harvard College. (Attachments: # 1 Exhibit A)(Belanger, William) (Entered: 07/14/2017) |
| 07/14/2017 | Ï 92 | Judge William G. Young: ELECTRONIC ORDER entered granting 91 MOTION for Leave to File Sur−Reply ; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include – Leave to file granted on (date of order)– in the caption of the document. (Paine, Matthew) (Entered: 07/14/2017) |
| 07/14/2017 | Ï 93 | SUR−REPLY to Motion re 83 MOTION to Dismiss *For Improper Venue* filed by President and Fellows of Harvard College. (Attachments: # 1 Declaration of William Belanger, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12)(Belanger, William) (Entered: 07/14/2017) |
| 07/17/2017 | Ï 94 | ELECTRONIC NOTICE issued requesting courtesy copy for 93 Sur−Reply to Motion,. Counsel who filed this document are requested to submit a courtesy copy of this document (or documents) to the Clerk's Office attention Matthew Paine Docket Clerk Judge Young. **These documents must be clearly marked as a Courtesy Copy and reflect the document number assigned by CM/ECF.** (Paine, Matthew) (Entered: 07/17/2017) |
| 07/18/2017 | Ï 95 | MOTION to Modify Protective Order by President and Fellows of Harvard College. (Attachments: # 1 Exhibit A)(Belanger, William) (Entered: 07/18/2017) |
| 07/24/2017 | Ï 96 | Electronic Clerk's Notes for proceedings held before Judge William G. Young: Motion Hearing held on 7/24/2017 re 83 MOTION to Dismiss *For Improper Venue* filed by Micron Technology, Inc. After hearing from counsel, the Court enters an order taking under advisement 83 Motion to Dismiss to allow the Court to write an opinion. (Court Reporter: Richard Romanow at bulldog@richromanow.com.)(Attorneys present: Attorney Belanger for the plaintiff, Attorneys Bobrow and O'Toole for the defendant) (Gaudet, Jennifer) (Entered: 07/25/2017) |
| 07/26/2017 | Ï 97 | Notice of Supplemental Authorities re 83 MOTION to Dismiss *For Improper Venue* (Attachments: # 1 Exhibit A)(Bobrow, Jared) (Entered: 07/26/2017) |
| 07/26/2017 | Ï 98 | NOTICE by Micron Technology, Inc. *Supplemental Notice Regarding Inter Partes Review of Patents−In−Suit* (Bobrow, Jared) (Entered: 07/26/2017) |
| 07/27/2017 | Ï 99 | Notice of Supplemental Authorities re 83 MOTION to Dismiss *For Improper Venue* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L)(Belanger, William) (Entered: 07/27/2017) |
| 08/01/2017 | Ï 100 | |

| | | |
|---|---|---|
| | | Opposition re 95 MOTION to Modify Protective Order filed by Micron Technology, Inc.. (Attachments: # 1 Declaration of Megan Wantland, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7)(Bobrow, Jared) (Entered: 08/01/2017) |
| 08/02/2017 | 101 | Transcript of Motion to Dismiss Hearing held on July 24, 2017, before Judge William G. Young. The Transcript may be purchased through the Court Reporter, viewed at the public terminal, or viewed through PACER after it is released. Court Reporter Name and Contact Information: Richard Romanow at bulldog@richromanow.com Redaction Request due 8/23/2017. Redacted Transcript Deadline set for 9/5/2017. Release of Transcript Restriction set for 10/31/2017. (Scalfani, Deborah) (Entered: 08/02/2017) |
| 08/02/2017 | 102 | NOTICE is hereby given that an official transcript of a proceeding has been filed by the court reporter in the above−captioned matter. Counsel are referred to the Court's Transcript Redaction Policy, available on the court website at http://www.mad.uscourts.gov/attorneys/general−info.htm (Scalfani, Deborah) (Entered: 08/02/2017) |
| 08/09/2017 | 103 | Notice of Supplemental Authorities re 83 MOTION to Dismiss *For Improper Venue* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Bobrow, Jared) (Entered: 08/09/2017) |
| 08/11/2017 | 104 | Joint List of Claim Terms to be Construed By the Court, by President and Fellows of Harvard College. (Belanger, William) Modified on 8/11/2017 (Paine, Matthew). (Entered: 08/11/2017) |
| 08/16/2017 | 105 | ELECTRONIC NOTICE of Hearing. Markman Hearing set for 12/11/2017 02:00 PM in Courtroom 18 before Judge William G. Young. (Gaudet, Jennifer) (Entered: 08/16/2017) |
| 08/16/2017 | 106 | Judge William G. Young: ELECTRONIC ORDER entered re 95 Motion to Modify Protective Order.<br><br>Motion denied without prejudice to its renewal supported by evidence demonstrating good cause for the modification.<br><br>(Paine, Matthew) (Entered: 08/16/2017) |
| 08/28/2017 | 107 | Joint MOTION for Extension of Time to Complete Discovery by President and Fellows of Harvard College.(Len, Gregory) (Entered: 08/28/2017) |
| 08/29/2017 | 108 | NOTICE of Appearance by James B. Peloquin on behalf of Micron Technology, Inc. (Peloquin, James) (Entered: 08/29/2017) |
| 08/30/2017 | 109 | Judge William G. Young: ORDER entered. MEMORANDUM AND ORDER"For the foregoing reasons, this Court DENIES Micron's motion to dismiss, ECF No. 83 . SO ORDERED."(Sonnenberg, Elizabeth) (Entered: 08/30/2017) |
| 08/31/2017 | 110 | Judge William G. Young: ELECTRONIC ORDER entered granting 107 Joint Motion for Extension of Time to Complete Discovery. Deadline for reply claim construction briefs is extended to 9/29/2017; deadline for joint claim construction and prehearing statement is extended to 10/13/2017. The Markman hearing remains set for December 11, 2017 at 2:00 PM. (Gaudet, Jennifer) (Entered: 08/31/2017) |
| 09/01/2017 | 111 | Preliminary Claim Construction Briefs by President and Fellows of Harvard College. (Attachments: # 1 Declaration of Wayne L. Gladfelter, Ph.D. In Support of Plaintiff's Preliminary Brief on Claim Construction)(Belanger, William) (Entered: 09/01/2017) |
| 09/01/2017 | 112 | Preliminary Claim Construction Briefs by Micron Technology, Inc.. (Bobrow, Jared) (Entered: 09/01/2017) |
| 09/01/2017 | 113 | |

| | | |
|---|---|---|
| | | MOTION for Protective Order *Amended Protective Order Limited to Gregory Parsons, Ph.D.* by President and Fellows of Harvard College. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Belanger, William) (Entered: 09/01/2017) |
| 09/01/2017 | 114 | DECLARATION re 112 Preliminary Claim Construction Briefs *of Michele Gauger* by Micron Technology, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24)(Bobrow, Jared) (Entered: 09/01/2017) |
| 09/01/2017 | 115 | DECLARATION re 112 Preliminary Claim Construction Briefs *of Dr. E. Fred Schubert* by Micron Technology, Inc.. (Attachments: # 1 Appendix A, # 2 Appendix B)(Bobrow, Jared) (Entered: 09/01/2017) |
| 09/05/2017 | 116 | ELECTRONIC NOTICE issued requesting courtesy copy for 114 Declaration,, 115 Declaration, 113 MOTION for Protective Order *Amended Protective Order Limited to Gregory Parsons, Ph.D.*, 111 Preliminary Claim Construction Briefs, 112 Preliminary Claim Construction Briefs. Counsel who filed this document are requested to submit a courtesy copy of this document (or documents) to the Clerk's Office attention Matthew Paine Docket Clerk Judge Young. **These documents must be clearly marked as a Courtesy Copy and reflect the document number assigned by CM/ECF.** (Paine, Matthew) (Entered: 09/05/2017) |
| 09/06/2017 | 117 | Assented to MOTION for Leave to Appear Pro Hac Vice for admission of Aaron Y. Huang Filing fee: $ 100, receipt number 0101−6783627 by Micron Technology, Inc.. (Attachments: # 1 Exhibit A)(O'Toole, Patrick) (Entered: 09/06/2017) |
| 09/07/2017 | 118 | Judge William G. Young: ELECTRONIC ORDER entered granting 117 Motion for Leave to Appear Pro Hac Vice Added Aaron Y. Huang. **Attorneys admitted Pro Hac Vice must register for electronic filing if the attorney does not already have an ECF account in this district. To register go to the Court website at www.mad.uscourts.gov. Select Case Information, then Electronic Filing (CM/ECF) and go to the CM/ECF Registration Form.** (Paine, Matthew) (Entered: 09/07/2017) |
| 09/15/2017 | 119 | Opposition re 113 MOTION for Protective Order *Amended Protective Order Limited to Gregory Parsons, Ph.D.* filed by Micron Technology, Inc.. (Attachments: # 1 Declaration of Megan H. Wantland, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7)(Bobrow, Jared) (Entered: 09/15/2017) |
| 09/18/2017 | 120 | Transcript of Motion Hearing held on March 30, 2017, before Judge William G. Young. The Transcript may be purchased through the Court Reporter, viewed at the public terminal, or viewed through PACER after it is released. Court Reporter Name and Contact Information: Kelly Mortellite at mortellite@gmail.com Redaction Request due 10/10/2017. Redacted Transcript Deadline set for 10/19/2017. Release of Transcript Restriction set for 12/18/2017. (Scalfani, Deborah) (Entered: 09/18/2017) |
| 09/18/2017 | 121 | NOTICE is hereby given that an official transcript of a proceeding has been filed by the court reporter in the above−captioned matter. Counsel are referred to the Court's Transcript Redaction Policy, available on the court website at http://www.mad.uscourts.gov/attorneys/general−info.htm (Scalfani, Deborah) (Entered: 09/18/2017) |
| 09/21/2017 | 122 | Judge William G. Young: ELECTRONIC ORDER entered granting 113 MOTION for Protective Order Amended Protective Order Limited to Gregory Parsons, Ph.D. (Paine, Matthew) (Entered: 09/21/2017) |
| 09/21/2017 | 123 | Judge William G. Young: ORDER entered. AMENDED PROTECTIVE ORDER Limited to Gregory Parsons, Ph.D.(Paine, Matthew) (Entered: 09/21/2017) |

| | | |
|---|---|---|
| 09/29/2017 | 124 | Reply to Preliminary Claim Construction Briefs by President and Fellows of Harvard College. (Belanger, William) (Entered: 09/29/2017) |
| 09/29/2017 | 125 | DECLARATION re 124 Reply to Preliminary Claim Construction Briefs *of Wayne L. Gladfelter Ph. D.* by President and Fellows of Harvard College. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Belanger, William) (Entered: 09/29/2017) |
| 09/29/2017 | 126 | Reply to Preliminary Claim Construction Briefs by Micron Technology, Inc.. (Bobrow, Jared) (Entered: 09/29/2017) |
| 09/29/2017 | 127 | DECLARATION re 126 Reply to Preliminary Claim Construction Briefs *of Michele Gauger* by Micron Technology, Inc.. (Attachments: # 1 Exhibit 25, # 2 Exhibit 26)(Bobrow, Jared) (Entered: 09/29/2017) |
| 09/29/2017 | 128 | DECLARATION re 126 Reply to Preliminary Claim Construction Briefs *of Dr. E. Fred Schubert* by Micron Technology, Inc.. (Bobrow, Jared) (Entered: 09/29/2017) |
| 10/02/2017 | 129 | ELECTRONIC NOTICE issued requesting courtesy copy for 127 Declaration, 126 Reply to Preliminary Claim Construction Briefs, 124 Reply to Preliminary Claim Construction Briefs, 128 Declaration, 125 Declaration,. Counsel who filed this document are requested to submit a courtesy copy of this document (or documents) to the Clerk's Office attention Matthew Paine Docket Clerk Judge Young. **These documents must be clearly marked as a Courtesy Copy and reflect the document number assigned by CM/ECF.** (Paine, Matthew) (Entered: 10/02/2017) |
| 10/05/2017 | 130 | Assented−To MOTION to Withdraw as Attorney by Micron Technology, Inc..(O'Toole, Patrick) (Modified on 10/6/2017 to Correct Docket Text and CM/ECF Filing Event) (Paine, Matthew). (Entered: 10/05/2017) |
| 10/06/2017 | 131 | Judge William G. Young: ELECTRONIC ORDER entered granting 130 Assented−To Motion to Withdraw as Attorney. Attorney Michele Gauger terminated (Paine, Matthew) (Entered: 10/06/2017) |
| 10/13/2017 | 132 | Joint Claim Construction and Prehearing Statement by President and Fellows of Harvard College. (Attachments: # 1 Exhibit A)(Belanger, William) (Entered: 10/13/2017) |
| 10/19/2017 | 133 | NOTICE of Appearance by Ryan C. Deck on behalf of President and Fellows of Harvard College (Deck, Ryan) (Entered: 10/19/2017) |
| 10/26/2017 | 134 | MOTION for Leave to File *Documents Under Seal* by Micron Technology, Inc.. (Attachments: # 1 Affidavit, # 2 Protective Order)(Peloquin, James) (Entered: 10/26/2017) |
| 10/30/2017 | 135 | Judge William G. Young: ELECTRONIC ORDER entered re 134 MMOTION for Leave to File Documents Under Seal. The confidential material itself may be submitted under seal but nothing else. Sufficient generalized references may be made to it without breaching its confidentiality. (Paine, Matthew) (Entered: 10/30/2017) |
| 10/30/2017 | 136 | Assented to MOTION for Leave to Appear Pro Hac Vice for admission of Tuhin Ganguly Filing fee: $ 100, receipt number 0101−6863270 by President and Fellows of Harvard College. (Attachments: # 1 Exhibit A)(Len, Gregory) (Entered: 10/30/2017) |
| 10/30/2017 | 137 | Assented to MOTION for Leave to Appear Pro Hac Vice for admission of Robert S. Magee Filing fee: $ 100, receipt number 0101−6863292 by Micron Technology, Inc.. (Attachments: # 1 Declaration of Robert S. Magee)(O'Toole, Patrick) (Entered: 10/30/2017) |
| 10/31/2017 | 138 | |

| | | |
|---|---|---|
| | | Judge William G. Young: ELECTRONIC ORDER entered granting 136 Motion for Leave to Appear Pro Hac Vic. Added Tuhin Ganguly. **Attorneys admitted Pro Hac Vice must register for electronic filing if the attorney does not already have an ECF account in this district. To register go to the Court website at www.mad.uscourts.gov. Select Case Information, then Electronic Filing (CM/ECF) and go to the CM/ECF Registration Form.** (Paine, Matthew) (Entered: 10/31/2017) |
| 10/31/2017 | 139 | Judge William G. Young: ELECTRONIC ORDER entered granting 137 Motion for Leave to Appear Pro Hac Vic. Added Robert S. Magee. **Attorneys admitted Pro Hac Vice must register for electronic filing if the attorney does not already have an ECF account in this district. To register go to the Court website at www.mad.uscourts.gov. Select Case Information, then Electronic Filing (CM/ECF) and go to the CM/ECF Registration Form.** (Paine, Matthew) (Entered: 10/31/2017) |
| 10/31/2017 | 140 | MOTION to Compel *Non−Party GlobalFoundries U.S., Inc. to Produce Documents and Appear at Deposition* by Micron Technology, Inc..(Peloquin, James) (Entered: 10/31/2017) |
| 10/31/2017 | 141 | MEMORANDUM in Support re 140 MOTION to Compel *Non−Party GlobalFoundries U.S., Inc. to Produce Documents and Appear at Deposition* filed by Micron Technology, Inc.. (Attachments: # 1 Exhibit B)(Peloquin, James) (Additional attachment(s) added on 10/31/2017: # 2 Exhibit A (FILED UNDER SEAL), # 3 Exhibit C (FILED UNDER SEAL), # 4 Exhibit D (FILED UNDER SEAL)) (Paine, Matthew). (Entered: 10/31/2017) |
| 11/03/2017 | 142 | MOTION to Compel *Non−Party Seigi Suh To Comply With A Subpoena* by Micron Technology, Inc..(Bobrow, Jared) (Entered: 11/03/2017) |
| 11/03/2017 | 143 | MEMORANDUM in Support re 142 MOTION to Compel *Non−Party Seigi Suh To Comply With A Subpoena* filed by Micron Technology, Inc.. (Bobrow, Jared) (Entered: 11/03/2017) |
| 11/03/2017 | 144 | DECLARATION re 142 MOTION to Compel *Non−Party Seigi Suh To Comply With A Subpoena of Megan H. Wantland* by Micron Technology, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13)(Bobrow, Jared) (Entered: 11/03/2017) |
| 11/06/2017 | 145 | Joint MOTION to Modify Scheduling Order by President and Fellows of Harvard College.(Belanger, William) (Entered: 11/06/2017) |
| 11/07/2017 | 146 | CERTIFICATE OF SERVICE pursuant to LR 5.2 by Micron Technology, Inc. re 144 Declaration, 143 Memorandum in Support of Motion, 142 MOTION to Compel *Non−Party Seigi Suh To Comply With A Subpoena* . (Bobrow, Jared) (Entered: 11/07/2017) |
| 11/07/2017 | 147 | CERTIFICATE OF SERVICE pursuant to LR 5.2 by Micron Technology, Inc. re 144 Declaration, 143 Memorandum in Support of Motion, 142 MOTION to Compel *Non−Party Seigi Suh To Comply With A Subpoena* . (Bobrow, Jared) (Entered: 11/07/2017) |
| 11/08/2017 | 148 | Judge William G. Young: ELECTRONIC ORDER entered granting 145 Joint MOTION to Modify Scheduling Order (Paine, Matthew) (Entered: 11/08/2017) |
| 11/08/2017 | 149 | Reset Deadlines: Discovery to be completed by 12/22/2017 Motions due by 1/9/2018 (Paine, Matthew) (Entered: 11/08/2017) |
| 11/09/2017 | 150 | Joint MOTION for Extension of Time to November 21, 2017 to Allow GlobalFoundries U.S. Inc. to Respond to Micron's Motion to Compel [Docket No. 140] by Micron Technology, Inc..(Peloquin, James) Modified on 11/13/2017 to Correct CM/ECF Filing Event (Paine, Matthew). (Entered: 11/09/2017) |
| 11/14/2017 | 151 | |

| | | |
|---|---|---|
| | | Judge William G. Young: ELECTRONIC ORDER entered granting 150 Joint Motion for Extension of Time to File Response re 140 MOTION to Compel *Non−Party GlobalFoundries U.S., Inc. to Produce Documents and Appear at Deposition* Response(s) due by 11/21/2017 (Paine, Matthew) (Entered: 11/14/2017) |
| 11/15/2017 | 152 | ELECTRONIC NOTICE of Hearing. Status Conference set for 11/21/2017 02:00 PM in Courtroom 18 before Judge William G. Young. (Gaudet, Jennifer) (Entered: 11/15/2017) |
| 11/16/2017 | 153 | Supplemental MEMORANDUM in Support re 140 MOTION to Compel *Non−Party GlobalFoundries U.S., Inc. to Produce Documents and Appear at Deposition* filed by Micron Technology, Inc.. (Peloquin, James) (Entered: 11/16/2017) |
| 11/20/2017 | 154 | STATEMENT OF COUNSEL of Defendant Micron Technology, Inc. re 152 Notice of Hearing by Micron Technology, Inc.. (Bobrow, Jared) (Entered: 11/20/2017) |
| 11/21/2017 | 155 | Electronic Clerk's Notes for proceedings held before Judge William G. Young: Status Conference held on 11/21/2017. Counsel update the Court on the status of the case. A hearing re forfeiture is set for Wednesday, November 29, 2017 at 2:30 PM. The matter of forfeiture and other Orders of the Court will be held in abeyance until and if a mandate were to issue. Plaintiff to file memo regarding forfeiture by the close of business on Monday, November 27, 2017. (Forfeiture Hearing set for 11/29/2017 02:30 PM in Courtroom 18 before Judge William G. Young.). (Court Reporter: Debra Joyce at joycedebra@gmail.com.)(Attorneys present: Attorney Belanger and Attorney Len for the plainitiff, Attorneys Bobrow, O'Toole and Peloquin for the defendant) (Gaudet, Jennifer) (Entered: 11/21/2017) |
| 11/21/2017 | 156 | Joint MOTION for Extension of Time to 12/01/2017 to File Response/Reply as to 140 MOTION to Compel *Non−Party GlobalFoundries U.S., Inc. to Produce Documents and Appear at Deposition* by Micron Technology, Inc..(Peloquin, James) (Entered: 11/21/2017) |
| 11/22/2017 | 157 | Transcript of Status Conference held on November 21, 2017, before Judge William G. Young. The Transcript may be purchased through the Court Reporter, viewed at the public terminal, or viewed through PACER after it is released. Court Reporter Name and Contact Information: Debra Joyce at joycedebra@gmail.com Redaction Request due 12/13/2017. Redacted Transcript Deadline set for 12/26/2017. Release of Transcript Restriction set for 2/20/2018. (Scalfani, Deborah) Modified on 11/22/2017 (Scalfani, Deborah). (Entered: 11/22/2017) |
| 11/22/2017 | 158 | Notice of correction to docket made by Court staff. Correction: Transcript Docket entry #157 edited to correct the Judge's name in this case. (Scalfani, Deborah) (Entered: 11/22/2017) |
| 11/22/2017 | 159 | NOTICE is hereby given that an official transcript of a proceeding has been filed by the court reporter in the above−captioned matter. Counsel are referred to the Court's Transcript Redaction Policy, available on the court website at http://www.mad.uscourts.gov/attorneys/general−info.htm (Scalfani, Deborah) (Entered: 11/22/2017) |
| 11/27/2017 | 160 | ELECTRONIC NOTICE OF RESCHEDULING:Hearing Re: Forfeiture reset for 11/30/2017 02:00 PM in Courtroom 18 before Judge William G. Young. (Gaudet, Jennifer) (Entered: 11/27/2017) |
| 11/27/2017 | 161 | MEMORANDUM OF LAW by President and Fellows of Harvard College. (Belanger, William) (Entered: 11/27/2017) |
| 11/29/2017 | 162 | Judge William G. Young: ELECTRONIC ORDER entered granting 156 Joint MOTION for Extension of Time to 12/01/2017 to File Response as to 140 MOTION to Compel Non−Party GlobalFoundries U.S., Inc. to Produce Documents and Appear at Deposition. (Paine, Matthew) (Entered: 11/29/2017) |
| 11/29/2017 | 163 | |

| | | |
|---|---|---|
| | | Response by Micron Technology, Inc. to 161 Memorandum of Law . (Bobrow, Jared) (Entered: 11/29/2017) |
| 11/30/2017 | 164 | NOTICE by Micron Technology, Inc. re 140 MOTION to Compel *Non–Party GlobalFoundries U.S., Inc. to Produce Documents and Appear at Deposition*, 141 Memorandum in Support of Motion, *(to Withdraw Motion Without Prejudice)* (Peloquin, James) (Entered: 11/30/2017) |
| 11/30/2017 | 165 | Electronic Clerk's Notes for proceedings held before Judge William G. Young: Hearing Re Forfeiture held on 11/30/2017. The Court hears arguments from counsel and rejects forfeiture. The Court enters an Order transferring the case to the United States District Court for the District of Delaware pursuant to the Order of the Federal Circuit. (Court Reporter: Richard Romanow at bulldog@richromanow.com.)(Attorneys present: Attorneys Belanger and Deck for the plaiintiff, Attorneys Bobrow and O'Toole for the defendant) (Gaudet, Jennifer) (Entered: 11/30/2017) |
| 11/30/2017 | 166 | Judge William G. Young: ELECTRONIC ORDER entered. ORDER TRANSFERRING the case to the United States District Court for the DISTRICT OF DELAWARE pursuant to the Order of the Federal Circuit. (SEE ECF No. 165) (Paine, Matthew) (Entered: 11/30/2017) |