# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>Plaintiff,<br><br>v.<br><br>MICRON TECHNOLOGY, INC.,<br><br>Defendant. | C.A. No. 1:17-01729-LPS-SRF<br><br>**JURY TRIAL DEMANDED** |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed by and between Plaintiff President and Fellows of Harvard College ("Harvard") and Defendant Micron Technology, Inc. ("Micron"), through their undersigned counsel and subject to the approval of the Court, that:

1. Harvard's action against Micron, including all claims asserted against Micron, are dismissed with prejudice, with each party bearing its own costs, expenses and attorneys' fees.

2. Micron's counterclaim against Harvard is dismissed without prejudice, with each party bearing its own costs, expenses and attorneys' fees.

Date: March 2, 2018

| | |
|---|---|
| */s/ Travis S. Hunter* | */s/ Douglas D. Herrmann* |
| Frederick L. Cottrell, III (Del. Bar No. 2555) | M. Duncan Grant (Del. Bar No. 2994) |
| Travis S. Hunter (Del. Bar No. 5350) | Douglas D. Herrmann (Del. Bar No. 4872) |
| RICHARDS LAYTON & FINGER, P.A. | James H.S. Levine (Del. Bar No. 5355) |
| 920 North King Street | PEPPER HAMILTON LLP |
| One Rodney Square | Hercules Plaza, Suite 5100 |
| Wilmington, DE 19801 | 1313 Market Street |
| (302) 651-7700 | Wilmington, Delaware 19801 |
| cottrell@rlf.com | (302) 777-6500 |
| hunter@rlf.com | grantm@pepperlaw.com |
| | herrmannd@pepperlaw.com |
| | levinejh@pepperlaw.com |
| OF COUNSEL: | |
| Jared Bobrow | OF COUNSEL: |
| J. Jason Lang | William Belanger |
| Amanda Branch | Gregory D. Len |
| WEIL, GOTSHAL & MANGES LLP | Maia H. Harris |
| 201 Redwood Shores Parkway | Griffin Mesmer |
| Redwood Shores, CA 94065-1134 | Ryan C. Deck |
| (650) 802-3000 | PEPPER HAMILTON LLP |
| jared.bobrow@weil.com | 19th Floor, High Street Tower |
| jason.lang@weil.com | 125 High Street |
| amanda.branch@weil.com | Boston, MA  02110-2736 |
| | Telephone: 617.204.5100 |
| *Counsel for Micron Technology, Inc.* | Facsimile: 617.204.5150 |
| | belangew@pepperlaw.com |
| | leng@pepperlaw.com |
| | harrismh@pepperlaw.com |
| | mesmerg@pepperlaw.com |
| | deckr@pepperlaw.com |
| | |
| | *Counsel for President and Fellows of Harvard College* |

**SO ORDERED** this _____ day of _____, 2018

_____
Honorable Leonard P. Stark